# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3080
LT Case No. 05-2012-CF-055728-A

———————————————

CHRISTOPHER STEELMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Brevard County.
D. Curtis Jacobus, Judge.

Christopher Steelman, Cocoa, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

March 19, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____